IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JANICE POWELL, <br><br>    Plaintiff, <br><br>v. <br><br>VARIETY WHOLESALERS, INC.; JOHN DOE NO. 1; JOHN DOE NO. 2; JOHN DOE NO. 3; and JOHN DOE NO. 4, <br><br>    Defendants. | CIVIL ACTION NO.: 6:17-cv-58 |

**O R D E R**

This matter is before the Court on the parties' Notice of Settlement wherein the parties advise that the above-captioned case has settled. (Doc. 85.) Accordingly, the Court directs the Clerk to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, 6:07-cv-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008).

Within sixty (60) days of the date of this Order, the parties must present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2). Within that judgment, the parties must state whether they request the Court to retain jurisdiction to enforce the settlement agreement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381-82 (1994).

**SO ORDERED**, this 20th day of August, 2019.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA